Freddie Fletcher
Attorney at Law
3183 Wilshire Blvd., No. 196
Box K-8
Los Angeles, California 90010
(310) 487-4706

e-mail: fleefletcher@gmail.com

Attorney for Debtor

## UNITED STATE BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | Case No. 2:18-bk-13074-BB |
| | Chapter 7 |
| **ARNETTA TAYLOR**, | |
| | Adv. Pro. No. 2:18-ap-01106-BB |
| Debtor. | **AMENDMENT TO NOTICE OF REMOVAL** |
| **MALIPEP, LLC**, | |
| Plaintiff, | |
| vs. | |
| **GREGORY L. BELCHER; ARNETTA TAYLOR; TERESA OWENS; AND DOES 1-10, INCLUSIVE**, | |
| Defendants. | |

**TO THE COURT:**

Arnetta Taylor, Debtor, hereby amends her NOTICE OF REMOVAL filed on April 17, 2018 as document # 1 with the signature page attached hereto as Exhibit 1.

Dated: 4/20/2018

_/s/ Freddie Fletcher_
Freddie Fletcher
Attorney for Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Amendment to Notice of Removal

C:\CASES\OWENS, TERESA\Removal\Amendment to notice of removal.wpd

is pending in this district and division.

11. Written notice of the filing of this Notice of Removal and a copy of this Notice of Removal are being served upon the Plaintiff through its counsel of record and will be filed with the Clerk of the Los Angeles Superior Court.

12. True and correct copies of the pleadings and other documents on file in the UD Proceeding are attached hereto collectively as EXHIBIT 1.

IV. **Adoption and Reservation of Defenses**

13. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of the Debtor's rights to maintain and/or assert any affirmative defenses in this matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person or subject matter; (2) failure to state a claim; (3) and any other pertinent defense available under applicable state or federal law, or otherwise, which rights are expressly reserved.

14. Further, nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of the Debtor's rights and protections under the automatic stay provided pursuant to § 362 of the Bankruptcy Code and any other provision of the Bankruptcy Code, which rights and protections are expressly reserved.

**WHEREFORE** the Debtor hereby removes the UD Proceeding to the United States Bankruptcy Court for the Central District of California pursuant to 28 U.S.C. § 1452 and FRBP 9027.

Respectfully submitted this 17th day of April, 2018

_____
Freddie Fletcher
Attorney for Debtor