| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID S. HAGEN - SBN 110588<br>LAW OFFICES OF DAVID S. HAGEN<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416   Fax (818) 990-5680<br>email: davidhagenlaw@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

ANNETTA TAYLOR,

Debtor(s).

MALIPEP, LLC

Plaintiff(s),

vs.

GREGORY L. BELCHER, and DOES 1-10, inclusive,

Defendant.

CASE NO.: 2:18-bk-13074-BB
CHAPTER: 7
ADVERSARY NO.: 2:18-ap-01106-BB

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): _____

MOTION FOR REMAND OF REMOVED
LOS ANGELES SUPERIOR COURT MATTER

PLEASE TAKE NOTE that the order or judgment titled  **ORDER GRANTING MOTION TO REMAND**

was lodged on (*date*)  05/15/2018  and is attached.  This order relates to the motion which is docket number  3  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16830 Ventura Blvd., Suite 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/15/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M Ehrenberg, Trustee:        ehrenbergtrustee@sulmeyerlaw.com
Freddie L Fletcher, Attorney for Debtor/Defendant        fleefletcher@gmail.com
UST (LA)        ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __05/15/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, United States Bankruptcy Court, 255 E. Temple Street, Courtroom 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/15/2018 | DAVID S. HAGEN | /s/ DAVID S. HAGEN |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

LAW OFFICES OF DAVID S. HAGEN
DAVID S. HAGEN-SBN 110588
16830 VENTURA BLVD. SUITE 500
ENCINO, CALIFORNIA 91436
818/ 990-4416
FACSIMILE: 818/ 990-5680
Email:  go4broq@earthlink.net

Attorney for Defendant

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ARNETTA TAYLOR,<br><br>           Debtor.<br>_____<br><br>MALIPEP, LLC<br><br>           Plaintiff,<br><br>v.<br><br>GREGORY L. BELCHER, and DOES 1-10, Inclusive,<br><br>           Defendant.<br>_____ | No:   2:18-13074-BB<br>          Chapter 7<br><br>Adv.  2:18-ap-01106-BB<br><br>**ORDER GRANTING MOTION FOR ORDER REMANDING MATTER BACK TO LOS ANGELES SUPERIOR COURT**<br><br>Date:  May 15, 2018<br>Time:  2:00 p.m.<br>Court: 1539 |

     The motion of Malipep, LLC to remand Los Angeles Superior Court case number 17STUD04942 back to Los Angeles Superior Court came on regularly for hearing on May 15, 2018 in the Courtroom of the Honorable Sheri Bluebond. Appearing for Movant Malipep, LLC was David S. Hagen.  Appearing on behalf of Debtor Arnetta Taylor was Freddie L. Fletcher.

1

Based upon the Motion, the lack of any written opposition thereto and for other good cause shown,

**IT IS FURTHER ORDERED** that the motion for remand is granted; and

**IT IS FURTHER ORDERED** that the status conference on June 5, 2018 at 2:00 p.m. is hereby vacated.

DATED:

**SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE**