United States Bankruptcy Court
Central District of California

Malipep, LLC,
      Plaintiff

Adv. Proc. No. 18-01106-BB

Taylor,
      Defendant

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 | Date Rcvd: May 16, 2018 |
| | Form ID: pdf031 | Total Noticed: 4 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
dft          +Gregory L Belcher,   22000 Dorsey Way,    Saratoga, CA 95070-5336
pla          +Malipep, LLC,   3385 Overland Ave.,    2nd FL,   Los Angeles, CA 90034-3691
dft           Teresa Owens,   1800 S Dunsmuir Ave,    Los Angeles, CA  90019-5227
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft            E-mail/PDF: tee1220407@aol.com May 17 2018 02:37:42     Arnetta Taylor,   1800 S Dunsmuir Ave,
                Los Angeles, CA  90019-5227
                                                                                            TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              David S Hagen    on behalf of Plaintiff    Malipep, LLC go4broq@earthlink.net
              Edward L Felman    on behalf of Plaintiff    Malipep, LLC feldabe@earthlink.net,
               efelman@earthlink.net
              Freddie L Fletcher     on behalf of Defendant Gregory L Belcher fleefletcher@gmail.com,
               yvonne.williams559@gmail.com
              Freddie L Fletcher     on behalf of Defendant Teresa  Owens fleefletcher@gmail.com,
               yvonne.williams559@gmail.com
              Freddie L Fletcher     on behalf of Defendant Arnetta  Taylor fleefletcher@gmail.com,
               yvonne.williams559@gmail.com
              Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com,
               ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                            TOTAL: 7
```

LAW OFFICES OF DAVID S. HAGEN
DAVID S. HAGEN-SBN 110588
16830 VENTURA BLVD. SUITE 500
ENCINO, CALIFORNIA 91436
818/ 990-4416
FACSIMILE: 818/ 990-5680
Email: go4broq@earthlink.net

Attorney for Defendant

**FILED & ENTERED**

MAY 16 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:                                    ) No:   2:18-13074-BB
                                          )       Chapter 7
ARNETTA TAYLOR,                           )
                                          ) Adv.  2:18-ap-01106-BB
              Debtor.                     )
                                          )
_____)
                                          ) **ORDER GRANTING MOTION FOR ORDER**
                                          ) **REMANDING MATTER BACK TO LOS ANGELES**
MALIPEP, LLC                              ) **SUPERIOR COURT**
                                          )
              Plaintiff,                  ) Date:  May 15, 2018
                                          ) Time:  2:00 p.m.
v.                                        ) Court: 1539
                                          )
GREGORY L. BELCHER, and DOES 1-10,        )
Inclusive,                                )
              Defendant.                  )
                                          )
_____)

    The motion of Malipep, LLC to remand Los Angeles Superior Court case number 17STUD04942 back to Los Angeles Superior Court came on regularly for hearing on May 15, 2018 in the Courtroom of the Honorable Sheri Bluebond. Appearing for Movant Malipep, LLC was David S. Hagen. Appearing on behalf of Debtor Arnetta Taylor was Freddie L. Fletcher.

1

Based upon the Motion, the lack of any written opposition thereto and for other good cause shown,

**IT IS HEREBY ORDERED** that the motion for remand is **GRANTED** and

**IT IS FURTHER ORDERED** that the status conference set for June 5, 2018 at 2:00 p.m. is hereby **VACATED**.

###

Date: May 16, 2018

Sheri Bluebond
United States Bankruptcy Judge